# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NICOLE MASSENGALE,

*Plaintiff*

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 1:16-CV-3095-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion for Summary Judgment (ECF No. 19) is GRANTED. Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED. Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on Motions for Summary Judgment (ECF Nos. 19 and 15).

Date: March 8, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb